UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERWIN GRAHAM , et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CARMAX INC , et al.<br><br><br>Defendant(s). | CASE NO:<br>5:14−cv−01567−MMM−RZ<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above−entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re−open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated: November 7, 2014

*Margaret M. Morrow*

_____
Margaret M. Morrow
United States District Judge

−1−